# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorton, Nathaniel M | District Court - Massachusetts | 05/4/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 1 Courthouse Way, Suite 3110 <br> Boston, MA 02210 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Lawyers Association | reimbursement for lodging and travel by train ▇▇▇ from Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/18/05 at Waldorf Astoria |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/4/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rocky Bay Trust (a MA business trust) (common stock) | D | S corp | P1 | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Dividend | K | T | | | | | |
| 3. Fidelity Money Market Accounts (POA,trustee)(Att#1,¶4) | D | Dividend | N | T | | | | | |
| 4. Charitable Remainder Trust | E | div.,int. | | | | | | | See Section VIII |
| 5. Gillette Co. | | | | | sell | 1/7 | J | | |
| 6. Federal National Mortgage Association | | | | | sell | 1/25 | J | | |
| 7. Nations Bank Corp. | | | | | sell | 2/15 | K | | |
| 8. American International Group, Inc. | | | | | sell | 3/28 | K | D | |
| 9. Devon Energy Corp. | | | | | buy | 4/1 | J | | |
| 10. Pfizer, Inc. | | | | | sell | 4/8 | K | D | |
| 11. Microsoft Corp. | | | | | sell | 4/15 | J | B | |
| 12. 3M Company | | | | | buy | 5/9 | J | | |
| 13. Investors Financial Service Corp. | | | | | buy | 5/13 | J | | |
| 14. Abbott Labs | | | | | buy | 5/16 | J | | |
| 15. U.S. Treasury Bill | | | | | sell | 8/11 | J | | |
| 16. Chubb Corp. | | | | | sell | 10/28 | J | B | |
| 17. Investors Financial Service Corp. | | | | | sell | 11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Boston Financial Management, Inc. IRA | | None | P1 | T | | | | | |
| 19. Gillette Co. | | | | | sell | 1/7 | K | D | |
| 20. Omnicom Group | | | | | buy | 1/7 | J | | |
| 21. Avery Dennison Corp. | | | | | buy | 1/7 | J | | |
| 22. Federal National Mortgage Association | | | | | sell | 1/25 | J | | |
| 23. Nokia Corp. | | | | | sell | 3/10 | K | | |
| 24. American International Group, Inc. | | | | | sell | 3/28 | K | E | |
| 25. Pfizer, Inc. | | | | | sell | 4/8 | K | E | |
| 26. Microsoft Corp. | | | | | sell | 4/15 | J | D | |
| 27. 3M Company | | | | | buy | 4/15 | K | | |
| 28. Cisco Corp. | | | | | sell | 4/18 | K | D | |
| 29. McKornick & Co., Inc. | | | | | buy | 4/19 | K | | |
| 30. Wm. Wrigley, Jr. Co. | | | | | buy | 4/19 | K | | |
| 31. Federal Home Loan Bank | | | | | buy | 4/26 | L | | |
| 32. Eli Lilly & Co. | | | | | sell | 5/9 | J | | |
| 33. State Street Corp. | | | | | sell | 5/12 | K | D | |
| 34. Investors Financial Service Corp. | | | | | buy | 5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Abbott Labs | | | | | buy | 5/16 | K | | |
| 36. American International Group, Inc. | | | | | buy | 7/5 | J | | |
| 37. Vodafone Group PLC ADR | | | | | sell | 7/5 | K | | |
| 38. Anheuser Busch | | | | | buy | 7/19 | J | | |
| 39. Investors Financial Service Group | | | | | buy | 7/19 | J | | |
| 40. Fedex Corp. | | | | | buy | 7/19 | J | | |
| 41. Federal Home Loan Bank | | | | | buy | 8/12 | L | | |
| 42. Bank One Arizona N.A. | | | | | sell | 9/15 | K | B | |
| 43. Federal Farm Credit Bank | | | | | buy | 9/29 | K | | |
| 44. Chubb Corp. | | | | | sell | 10/22 | J | C | |
| 45. Investors Financial Service Group | | | | | sell | 11/11 | J | A | |
| 46. United Technologies Corp. | | | | | buy | 11/17 | J | | |
| 47. Avery Dennison Corp. | | | | | sell | 11/17 | J | | |
| 48. Torchmark Corp. | | | | | buy | 12/23 | J | | |
| 49. Wells Fargo & Co. (New) | | | | | buy | 12/23 | J | | |
| 50. United Health Group, Inc. | | | | | buy | 12/23 | J | | |
| 51. Boston Financial Management, Inc. revocable trust | C | div.&int. | N | T | | | | | See Section VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Amgen, Inc. | | | | | buy | 1/3 | J | | |
| 53. Anheuser Busch | | | | | buy | 1/7 | J | | |
| 54. Gillette Co. | | | | | sell | 1/7 | J | C | |
| 55. Federal National Mortgage Corp. | | | | | sell | 1/25 | J | A | |
| 56. Biomet, Inc. | | | | | buy | 2/2 | J | | |
| 57. Exxon Mobil Corp. | | | | | buy | 2/17 | J | | |
| 58. American International Group, Inc. | | | | | sell | 3/28 | J | D | |
| 59. Devon Energy Corp. | | | | | buy | 4/1 | J | | |
| 60. Pfizer Corp. | | | | | sell | 4/8 | J | D | |
| 61. Anheuser Busch | | | | | buy | 5/9 | J | | |
| 62. Biomet, Inc. | | | | | buy | 5/9 | J | | |
| 63. Amgen, Inc. | | | | | buy | 5/9 | J | | |
| 64. MBNA Corp. | | | | | buy | 5/9 | J | | |
| 65. Investors Financial Service Corp. | | | | | buy | 5/12 | J | | |
| 66. Investors Financial Service Corp. | | | | | sell | 10/27 | J | | |
| 67. Fifth Third Bancorp. | | | | | buy | 10/17 | J | | |
| 68. U. S. Treasury Bills | | | | | buy | 10/24 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Chubb Corp. | | | | | sell | 10/28 | J | B | |
| 70. U.S. Treasury Bill | | | | | sell | 11/17 | K | | |
| 71. U.S. Treasury Bill | | | | | buy | 11/17 | M | | |
| 72. Boston Financial Management, Inc. revocable trust ● | C | div.&int. | M | T | | | | | See Section VIII |
| 73. Amgen, Inc. | | | | | buy | 1/3 | J | | |
| 74. Anheuser Busch | | | | | buy | 1/7 | J | | |
| 75. Gillette Co. | | | | | sell | 1/7 | J | B | |
| 76. Federal National Mortgage Corp. | | | | | sell | 1/25 | J | | |
| 77. Biomet, Inc. | | | | | buy | 2/2 | J | | |
| 78. Devon Energy Corp. | | | | | buy | 2/17 | J | | |
| 79. American International Group, Inc. | | | | | sell | 3/28 | J | C | |
| 80. Pfizer, Inc. | | | | | sell | 4/8 | J | A | |
| 81. Cisco Corp. | | | | | sell | 4/18 | J | | |
| 82. Anheuser Busch | | | | | buy | 5/9 | J | | |
| 83. Biomet, Inc. | | | | | buy | 5/9 | J | | |
| 84. Amgen, Inc. | | | | | buy | 5/9 | J | | |
| 85. MBNA Corp. | | | | | buy | 5/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gorton, Nathaniel M | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Investors Financial Service Corp. | | | | | buy | 5/12 | J | | |
| 87. State Street Corp. | | | | | sell | 5/12 | J | B | |
| 88. Vodafone Group PLC ADR | | | | | sell | 7/5 | J | | |
| 89. American International Group, Inc. | | | | | buy | 7/5 | J | | |
| 90. Chubb Corp. | | | | | sell | 10/28 | J | B | |
| 91. Investors Financial Service Corp. | | | | | sell | 11/11 | J | | |
| 92. U.S. Treasury Notes | | | | | sell | 11/15 | J | A | |
| 93. Avery Dennison Corp. | | | | | sell | 11/17 | J | B | |
| 94. Federal Home Loan Bank | | | | | buy | 11/8 | J | | |
| 95. Federal Farm Credit Bank | | | | | buy | 11/17 | J | | |
| 96. United Technologies Corp. | | | | | buy | 11/17 | J | | |
| 97. Anadarko Pete Corp. | | | | | buy | 11/18 | J | | |
| 98. Bank of America (successor of Fleet) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/4/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1 - Rocky Bay Trust, a Massachusetts Business Trust, of which the reporting party is a shareholder, owns all of the stock of Slade Gorton & Co., Inc., a Massachusetts corp. ("the Company"). Income reported in Section VII by virtue of common stock holdings of the reporting party in Rocky Bay Trust is attributable to his pro rata share of the income of the Company which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders of the Trust whether or not such income is, in fact, distributed. The value of the stock holdings is appraised beinnially by a certified financial analyst.

Line 4 - In 1997 the reporting party ██████████ funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Lines 4, 18, 51 and 72 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies listed in Attachment #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 5/4/06 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

I.    Positions

| Position | Name of Organization/Entity |
|---|---|
| 1.    Shareholder, Clerk/Secretary and Director | Rocky Bay Trust, a MA Business Trust, which owns all of the Stock of Slade Gorton & Co., Inc.. Boston, MA (closely held ████ seafood business) |
| 2.    Clerk and Director | Cambridge Animal Aid, Inc. Floral City, FL (non-profit animal aid organization operated by reporting party's ████ |
| 3.    Member of the Corporation | The New England Home for Little Wanderers, Boston, MA (non-profit, private child welfare agency) |

**NOTE: None of the beneficiaries of the following trusts and accounts of which the reporting party is a trustee (or holds a power of attorney) is ████████ the reporting party and neither the reporting party nor ████████ has any beneficial interest in or control over the disposition of assets of such trusts and accounts.**

| | |
|---|---|
| 4.    Power of Attorney/Trustee | Fidelity money market accounts (for all shareholders of Rocky Bay Trust, all of whom are ████████████ of reporting party) |
| 5.    Trustee | Irrevocable Trust (created in connection with the estate plan of the reporting party's ████ |
| 6.    Trustee | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's ████ |

Financial Disclosure Report
Nathaniel M. Gorton
May   , 2006
Attachment #2

All of the listed holdings are of common stock unless otherwise noted.

3M Company
Abbott Labs
Amgen, Inc.
American International Group, Inc.
Anadarko Pete Co.
Anheuser Busch Corp.          .
Automatic Data Processing, Inc.
Bank of America Corp.
Bear Stearns Co. (bond)
Biomet, Inc.
Boston Scientific Corp.
BP Amooco PLC
Brinker International, Inc.
Colgate Palmolive Co.
Costco Wholesale Corp
CVS Corp.
Dell, Inc.
Devon Energy Corp.
Diagnostic Products Corp.
Emerson Electric Co. (stocks & bonds)
Exxon-Mobil Corp.
Federal Farm Credit Bank (bond)
Federal Home Loan Bank (bond)
Fedex Corp.
Fifth Third Bancorp.
First Data Corporation

Honeywell Inc. (bond)
Intel Corporation
Johnson & Johnson
Kimberley Clark Corp.
MBIA, Inc.
MBNA Corp.
McCormick & Co., Inc.
Medtronic, Inc.
Microsoft Corp.
New York Telephone Co. (bond)
Omnicom Group
Pepsico, Inc.
Procter & Gamble Co.
Raytheon, Inc.
RPM (Ohio), Inc.
Sigma Aldrich Corp.
Staples, Inc.
State Street Corp.
Sysco Corp.
Torchmark Corp.
United Health Group, Inc.
United States Treasury Notes (bonds)
United Technologies Corp.
Wells Fargo & Co. New
William Wrigley Jr. Co.